AO106 (Rev. 12/03)  Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

FILED

FEB 2 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

SOUTHERN _____ DISTRICT OF \_\_\_\_ CALIFORNIA

### In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

One (1) Grey Garmin Nuvi 350 Global Positioning
Satellite

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

Case Number:  **'08 MJ 8156**

I,  JEFFREY BUTLER _____ being duly sworn depose and say:

I am a(n)  Special Agent with Drug Enforcement Administration _____ and have reason to believe
                                        Official Title

that  ☐ on the person of or  ☑ on the property or premises known as (name, description and/or location)

**REFER TO ATTACHMENT A**

in the _____ SOUTHERN \_\_\_\_\_ District of \_\_\_\_ CALIFORNIA _____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

**REFER TO ATTACHMENT B**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)

electronic data that constitutes evidence of a criminal offense, and electronic data which is
and has been used as the means for committing a cirminal offense.

concerning a violation of Title \_\_\_\_ 21 \_\_\_\_ United States code, Section(s)  841(a)(1), 846, 952, 960, 963

The facts to support a finding of probable cause are as follows:

**REFER TO ATTACHED AFFIDAVIT OF DEA SPECIAL AGENT BUTLER.**

Continued on the attached sheet and made a part hereof:    ☑ Yes    ☐ No

_____
Signature of Affiant

Sworn to before me and subscribed in my presence,

**2-21-08 @ 1:26 p.m.** \_\_\_\_\_ at   EL CENTRO _____ CALIFORNIA
Date                                                              City                          State

Peter C. Lewis                U.S. Magistrate Judge          _____
Name of Judge                Title of Judge                      Signature of Judge

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

One Grey Garmin Nuvi 350 Global Positioning Satellite, that was found at the Highway 86 United States Border Patrol Checkpoint inside of a red Kenworth tractor trailer driven by Jesus Almeida on January 25, 2008.

The Garmin Nuvi 350 Global Positioning Satellite to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

## ATTACHMENT B

## ITEMS TO BE SEIZED

Any and all electronically stored information in said Global Positing Satellite, including:

    a.  Custom Points of Interest;

    b.  Routes;

    c.  Destinations;

    d.  Detours;

    e.  Saved Addresses;

    f.  Saved Places You Find;

    g.  Saved Favorites;

    h.  Saved Points of Interest;

    i.  Home location;

    j.  any other electronic information in the stored memory of the plug-in SD-card slot including photos;

1

**AFFIDAVIT**

| UNITED STATES OF AMERICA | ) | |
| SOUTHERN DISTRICT OF CALIFORNIA | ) | SS |

I, Jeffrey Butler, being duly sworn, depose, and say:

1.    I make this affidavit in support of an application for a search warrant in furtherance of a narcotics investigation conducted by special agents of the United States Drug Enforcement Administration ("DEA") for the following target location:  One grey Garmin Nuvi 350 Global Positioning Satellite.

2.    Based upon my experience and training, and all the facts and opinions set forth in this Affidavit, I believe the following items will be found in the Garmin Nuvi 350 Global Positioning Satellite to be searched further:

        a.  Custom Points of Interest;

        b.  Routes;

        c.  Destinations;

        d.  Detours;

        e.  Saved Addresses;

        f.  Saved Places You Find;

        g.  Saved Favorites;

        h.  Saved Points of Interest;

        i.  Home location;

        j.  any other electronic information in the stored memory of the plug-in SD-card slot including photos;

which evidences (1) the existence of a conspiracy to import, possess, sell, and distribute controlled substances in violation of 21 U.S.C.  §§ 841(a)(1), 846, 952, 960, and 963, (2) contraband, fruits of crime or things otherwise criminally possessed, and (3) property designed or intended for use or which is or has been used as a means of committing criminal offenses.

3.    The information contained in this affidavit is based on my experience and

training, consultation with other Special Agents of DEA, Supervisory and Patrol Agents of the United States Border Patrol, Special Agents with Immigration and Customs Enforcement ("ICE"), officers of the Oklahoma City Police Department, and other federal agents and state law enforcement officers.   The evidence and information contained herein was developed from interviews, documents, border crossing records available on the Treasury Enforcement Communication System ("TECS"), vehicle records from the California Department of Motor Vehicles ("DMV"), agency reports, and public records.

**I**

**EXPERIENCE AND TRAINING**

4.     I am a Special Agent with the Drug Enforcement Administration ("DEA"), and have been so employed for approximately three years.  I am currently assigned to the Imperial County District Office.  Prior to my current position as a Special Agent with the DEA, I was a police officer in the State of Oregon for approximately four years.

5.     I have received training in all aspects of conducting narcotics investigations.  I am familiar with narcotics traffickers' methods of operation including the distribution, storage, and transportation of narcotics and the collection of money proceeds of narcotics trafficking and methods of money laundering used to conceal the nature of the proceeds.  I am familiar with, and have participated in, all of the normal methods of investigation including, but not limited to, visual surveillance, questioning of witnesses, the use of search and arrest warrants, the use of confidential sources and informants, the use of pen registers, the use of court authorized wire intercepts, and the use of undercover agents.

6.     I have conducted investigations regarding the unlawful importation, possession, and distribution of controlled substances, as well as investigations related to money laundering offenses involving the proceeds of specified unlawful activities and

1    conspiracies associated with criminal narcotics, in violation of Title 21, United States

2    Code, §§ 841(a)(1), 843(b), and 846, and Title 18, United States Code, 1956, 1957, and

3    371.    Throughout my career as a Special Agent with DEA, I have conducted and

4    participated in investigations that have resulted in the seizure of multi-kilogram quantities

5    of methamphetamine, cocaine, and marijuana, as well as the seizure of millions of dollars

     in narcotics proceeds.

6
                                                    **II**

7                              **DETAILS OF THE INVESTIGTION**

8            7.        On January 25, 2008, at approximately 1:00AM, United States Border

9    Patrol Agent ("USBPA") Sergio Perez was working at the United States Border Patrol

10   Highway 86 Checkpoint along with his service canine.  At that time, a red 1994

     Kenworth tractor trailer bearing California license UP0297 approached pre-primary
11
     inspection.  USBPA Perez observed his service canine alert to the trailer of the Kenworth.
12
     USBPA Perez signaled for USBPA Farfan Alvarez, who was working primary
13
     inspection, to refer the red Kenworth to secondary inspection.

14           8.        Upon arrival at secondary inspection, USBPA Alvarez asked the driver,

15   later identified as Jesus Almeida ("Almeida"), for consent to search the trailer.  Almeida

16   consented and used a key in his possession to open the pad lock on the trailer doors.

     USBPA Perez observed multiple black duffel bags in the trailer stacked on pallets of
17
     plastic.  USBPA Perez searched the black duffel bags and found a total of 63 bundles of
18
     suspected marijuana weighing approximately 395.09 kilograms of marijuana.  Almeida
19
     and his passenger, Jose Carrillo ("Carrillo") were then escorted inside of the checkpoint.

20           9.        DEA SA's Jeffrey Butler and Joanne Camacho responded to the

21   checkpoint for further investigation.  SA Butler searched the red Kenworth and found a

     grey Garmin Guvi 350 Global Positioning Satellite ("Target GPS") mounted to the front
22
     windshield.  SA Butler seized the Target GPS and later placed it into evidence at the
23
     DEA Imperial County Office.

                                                    3

10.     At approximately 4:50AM, SA's Butler and Camacho interviewed Carrillo after Carrillo was advised of his Miranda warning and agreed to answer questions without an attorney. During this interview, Carrillo stated he was a truck driver and was on his way to deliver plastic he picked up from Texas to a customer in Nevada. Carrillo initially denied any criminal involvement, Carrillo then changed his story.

11.     Carrillo now stated he had been hired to transport "pollos", which SA Butler knows from his training and experience is a common term used to refer to illegal aliens. According to Carrillo, he and Almeida stopped at the Shell gas station located on Highway 111 in El Centro, California on January 24, 2008. At the gas station, they backed the red Kenworth and trailer up to a field and left the rear doors open. Two sport utility vehicles arrived and Carrillo thought they were loading people to be smuggled into the trailer. The smugglers closed the trailer doors when they were finished. Carrillo and Almeida then left and were stopped by the United States Border Patrol. Carrillo admitted to driving a load of what he thought was "pollos" the week before.

12.     On January 28, 2008, Carrillo and Almeida appeared before United States Magistrate Judge Peter C. Lewis, criminal case number 08MJ8067.

13.     On February 4, 2008, SA Butler reviewed an Oklahoma City Police Department Report dated June 22, 2007 by Sergeant M. James, badge number 0776. In this report, Sgt. James reported stopping a 2000 Freightliner tractor trailer, California license UP89325, for a motor vehicle violation on Interstate 35 near Oklahoma City, Oklahoma. During this traffic stop, Sgt. James became suspicious of criminal activity after noticing a Jesus Malverde medallion around the passenger's neck and trembling hands from the driver. Sgt. James then requested and was given permission to search the Freightliner. A subsequent search of the Freightliner revealed an after market compartment. Inside of the compartment were thirty kilogram size packages of a white substance with a gross field weight of seventy two pounds. Sgt. James conducted a presumptive field test of one of the packages and received a positive response for cocaine

4

1    HCL. SA Butler then reviewed a registration record from June 22, 2007 for the
2    Freightliner. This registration indicated the Freightliner was registered to Carrillo.

3         14.      On February 12, 2008, SA Butler caused a check of the status of the
4    criminal case against Carrillo and Almeida. SA Butler found that on February 7, 2008,
5    criminal case number 08MJ8067 was dismissed without prejudice by United States
    Magistrate Judge Peter C. Lewis.

6         15.      The Target GPS unit seized is currently at the DEA Imperial County
7    District Office in Imperial, California.

8                                              **III**

9             **BASIS FOR EVIDENCE SOUGHT IN SEARCH WARRANTS**

10         16.      I have spoken with numerous individuals who have been involved in the
11    use, sale, manufacture, cultivation, transportation, and illegal distribution of controlled
    substances and, from doing so, I have learned techniques commonly used by those
12    involved in the distribution, cultivation, manufacturing, packaging, and transportation of
13    controlled substances. I have worked with cooperating sources of information and from
14    them have learned the ways in which narcotic traffickers and clandestine laboratory
15    operators conduct business.

16         17.      Through my training and experience, and in consultation with other agents
17    and informants, I have learned that:

18            a.      Members of drug trafficking and distribution organizations
    transport narcotics over long distances, in some cases from originating cities in Southern
19    California to destination cities such as New York and Washington D.C.. During this
20    transportation, members of the drug trafficking and distribution organizations drive on
21    roadways that are unfamiliar to the transporters. Therefore, in order to navigate to
22    unfamiliar destination cities, drug transporters use devices such as GPS units to assist in
    the delivery of narcotics.

23           b. The Garmin Nuvi 350 Global Positioning Satellite has features that

1    include a plug-in SD-card slot. Members of drug trafficking and distribution

2    organizations often utilize memory storage devices such as memory cards to store

3    photographs and videos of other members of drug trafficking and distribution

4    organizations, drugs, money and assets purchased with drug proceeds.

### IV

### CONCLUSION

18.    Based on my training and experience, consultation with other special

agents and law enforcement officers, and all of the facts and opinions set forth in this

affidavit, I have probable cause to believe that narcotics offenses, including violations of

21 U.S.C. §§ 841(a)(1), 843(b), 846, have been committed and evidence of the crimes

will be found in the Target GPS described in Attachment A. I believe that Custom Points

of Interest, Routes, Destinations, Detours, Saved Addresses, Saved Places You Find,

Saved Favorites, Saved Points of Interest, Home location, and other electronic

information in the stored memory of the plug-in SD-card slot including photographs and

videos of other members of drug trafficking and distribution organizations, drugs, money

and assets purchased with drug proceeds will be found in the Target GPS.

//

//

//

//

//

6

1       19.     Wherefore, your affiant respectfully requests a warrant be issued

2   authorizing DEA Task Force Officers and Special Agents to examine, analyze, and make

3   record of the contents of the information stored in the seized Garmin Nuvi 350 Global

4   Positioning Satellite described in Attachment A.

5       This Affidavit is based on reports, documents, and notes furnished to Drug

    Enforcement Administration Special Agent Jeffrey Butler.

6

7                                           _____
                                            JEFFREY BUTLER
8                                           Special Agent
                                            Drug Enforcement Administration
9
    Sworn to and subscribed before me
10  this 21st day of February, 2008

11  _____
    PETER C. LEWIS
12  United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

7