AO 93 (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __CALIFORNIA__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One (1) Grey Garmin Nuvi 350 Global Positioning Satellite

**SEARCH WARRANT**

Case Number: **'08 MJ 8156**

TO: __JEFFREY BUTLER__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __JEFFREY BUTLER__ who has reason to believe
                                                    Affiant

that [ ] on the person of, or [✓] on the premises known as (name, description and/or location)

**REFER TO ATTACHMENT A**

in the __SOUTHERN__ District of __CALIFORNIA__ there is now
concealed a certain person or property, namely (describe the person or property)

**REFER TO ATTACHMENT B**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __March 2, 2008__
                                                                        Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ~~in the daytime — 6:00 A.M. to 10:00 P.M.~~ [ ] at anytime in the day or night as I find reasonable cause has been established and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

PETER C. LEWIS                                                                                         as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

__2-21-08 @ 1:26 pm.__      at      EL CENTRO, CALIFORNIA
Date and Time Issued                  City and State

Peter C. Lewis, U.S. Magistrate Judge
Name and Title of Judge                Signature of Judge

**FILED**
MAR 07 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

AO 93        (Rev. 12/03)   Search Warrant (Reverse)

| RETURN | | Case Number: |
|---|---|---|
| DATE WARRANT RECEIVED<br>2/21/2008 | DATE AND TIME WARRANT EXECUTED<br>2/25/2008  3:00PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>GPS Unit |
| INVENTORY MADE IN THE PRESENCE OF<br>SA Joanne Camacho | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br>One Favorites List of Addresses | | |

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA Jeffrey Butler

Subscribed, sworn to, and returned before me this date.

_Signature of Judge_                                   3-7-08
                                                        Date

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

One Grey Garmin Nuvi 350 Global Positioning Satellite, that was found at the Highway 86 United States Border Patrol Checkpoint inside of a red Kenworth tractor trailer driven by Jesus Almeida on January 25, 2008.

The Garmin Nuvi 350 Global Positioning Satellite to be searched is currently located at the DEA Imperial County District Office, Imperial, California.

ATTACHMENT B

ITEMS TO BE SEIZED

Any and all electronically stored information in said Global Positing Satellite, including:

    a. Custom Points of Interest;

    b. Routes;

    c. Destinations;

    d. Detours;

    e. Saved Addresses;

    f. Saved Places You Find;

    g. Saved Favorites;

    h. Saved Points of Interest;

    i. Home location;

    j. any other electronic information in the stored memory of the plug-in SD-card slot including photos;